JOHN J. TALTON, CHAPTER 13 TRUSTEE
Payee: Clerk of the Court
Check #: 1055270
Date: 12/06/2013
Please notify the Court & this office of any changes made after filing to your claim (ex. account number, address, claim assignment, etc.)

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 0810502 | 00002 | CHARLES EDWARD BREWER & FRANCES NEL<br>Original Check written to:<br>ADAMS AUTO SALES<br>6520 COLLEGE ST<br>BEAUMONT, TX, 77707 | / 5493 | 0.00 | 6,896.39 | 1,790.02 | 8,686.41 |
| 0810502 | 00014 | CHARLES EDWARD BREWER & FRANCES NEL<br>Original Check written to:<br>CAVALRY PORTFOLIO SERVICES, LLC<br>7 SKYLINE DRIVE, THIRD FLOOR<br>HAWTHORNE, NY, 10532 | 6627 | 5,970.78 | 2,489.18 | 0.00 | 2,489.18 |
| 0860724 | 00006 | BILLY JACK DENBY & JOHNNIE KAYE DENBY<br>Original Check written to:<br>PANOLA COUNTY<br>C/O RAY, WOOD & BONILLA<br>P.O. BOX 165001<br>AUSTIN, TX, 78716 | / 0034 | 0.00 | 168.30 | 32.55 | 200.85 |
| 0860724 | 00068 | BILLY JACK DENBY & JOHNNIE KAYE DENBY<br>Original Check written to:<br>RUSK COUNTY<br>C/O LINEBARGER ET AL<br>2323 BRYAN STREET #1600<br>DALLAS, TX, 75201 | 00000-000 | 0.00 | 704.12 | 201.99 | 906.11 |
| 0910624 | 00006 | JAMES W. JOHNSON & DEBRA O. JOHNSON<br>Original Check written to:<br>UNIVERSAL MORTAGE CORPORATION<br>12080 NORTH CORPORATE PARKWAY<br>MEQUON, WI, 53092 | 8523 | 0.00 | 0.00 | 381.89 | 381.89 |
| 0910750 | 00006 | THOMAS V. WILLIAMS & AMELDA M. WILLIAMS<br>Original Check written to:<br>INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA, 19101-7317 | 9770 | 530.83 | 19.17 | 0.00 | 19.17 |
| 1260322 | 00006 | KENNETH D HOWARD & CATHERINE D HOWA<br>Original Check written to:<br>CAPITAL ONE AUTO FINANCE<br>ASCENSION CAPITAL GROUP<br>P O BOX 201347<br>ARLINGTON, TX, 76006 | 3889 | 0.00 | 18.28 | 0.00 | 18.28 |
| | | | **TOTALS** | 6,501.61 | 10,295.44 | 2,406.45 | 12,701.89 |