UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS

FILED
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF T

2014 APR 23 PM 1:05

CLERK, U.S. BANKRUPTCY
COURT
BY_____ DEPUTY

IN RE:

| Charles Edward Brewer & Frances Nell Bean-Brewer |
|---|
| Debtor(s) |

Case No. 08-10502
Chapter 13

**APPLICATION FOR PAYMENT OF DIVIDEND FROM UNCLAIMED FUNDS**

Comes now the Claimant identified below to make Application for an Order authorizing payment of unclaimed funds now on deposit in the Treasury of the United States for the benefit of Claimant. Claimant was a creditor in the above captioned bankruptcy case and has not received payment of these funds which are due and owing to the Claimant. Claimant further states that Claimant is:

**Name of Claimant**: Cavalry Portfolio Services, LLC
Phone Number: 614/347-3440
**Mailing Address**:

500 Summit Lake Drive, Suite: 400
Valhalla, NY 10595-1340

and that a dividend in the amount of $2,489.18 was awarded in this case to the Claimant, which dividend is currently unclaimed and held by the Clerk of Court.

Claimant certified under penalty of perjury that all statements made by Claimant on the Application and any attachments required for this Application are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the pro rata dividend due upon this claim.

Date: April 21, 2014

_____
Claimant's Signature
J. Armstrong Duffield, Attorney-in-fact for
Cavalry Portfolio Services, LLC
3855 South Boulevard Street, Suite 200
Edmond, Oklahoma 73013

State of   Oklahoma
County of  Oklahoma
Subscribed and sworn to before me this 21 day of April, 2014

Notary Public
My Commission expires: 4-27-2015

# CERTIFICATE OF SERVICE

In accordance with Title 28 U.S.C. Section 2042, the undersigned hereby certified that on the date designated below a true copy of this application with all required attachments was mailed to [check one as applicable].

 **XXXX For all cases in Beaumont & Lufkin divisions (five-digit case number beginning with 1 or 9):**

**Office of the United States Attorney**
**Eastern District of Texas**
**Attn: Unclaimed Funds Requests**
**350 Magnolia Avenue, Suite 150**
**Beaumont, TX 77701-2248**

For all cases in **Marshall & Tyler** divisions (five-digit case number beginning with 2 or 6):

Office of the United States Attorney
Eastern District of Texas
Attn: Unclaimed Funds Requests
110 North College Avenue, Suite 700
Tyler, TX 75702-0204

For all cases in Paris, Sherman & Texarkana divisions (five-digit case number beginning with 3, 4 or 5):

Office of the United States Attorney
Eastern District of Texas
Attn: Unclaimed Funds Requests
101 East Park Boulevard, Suite 500
Plano, Texas 75074-8858

**Date**: April 21, 2014

_/s/ Armstrong Duffield_, Attorney in fact for
Cavalry Portfolio Services, LLC
3855 South Boulevard Street, Suite 200
Edmond, Oklahoma 73013

## LIMITED POWER OF ATTORNEY

Cavalry Portfolio Services, LLC, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in its place for the purposes and duration set forth below.

Principal appoints J. Armstrong Duffield of American Property Locators, Inc., 3855 S. Boulevard, Suite 200, Edmond, Ok 73013 to be its attorney-in-fact to act for it in its name and place, and in any capacity that Principal might act,

**Only to recover cash or cash equivalents specifically arising from Charles Edward Brewer bankruptcy matter that belong to the Principal** and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective until the Unclaimed Funds are claimed and remitted to Principal.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 14th day of April, 2014

**PRINCIPAL:**
Cavalry Portfolio Services, LLC
Tax ID# 91-1934086
By: _____
Christian Parker, General Counsel

PRINCIPAL'S ADDRESS:
500 Summit Lake Drive, Suite: 400
Valhalla, NY 10595-1340

ACKNOWLEDGMENT

STATE OF New York )
COUNTY OF Westchester )

Before me, the undersigned a Notary Public, in and for said County and State on this 14th day of April, 2014, personally appeared Christian Parker to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its General Counsel and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires: _____          Notary David Burkart

```
DAVID BURKART
Notary Public, State of New York
No. 02BU6110958
Qualified in Putnam County
Commission Expires June 1, 2016
```





Christian K. Parker
Executive Vice President
General Counsel

Cavalry Portfolio Services, LLC
500 Summit Lake Drive
STE 400
Valhalla, NY 10595

914.347.3640 x13698
914.347.4907 Fax

cparker@cavps.com

www.CavalryPortfolioServices.com

# 2011 LIMITED LIABILITY COMPANY ANNUAL REPORT

FILED
Mar 25, 2011
Secretary of State

DOCUMENT# M02000001603

Entity Name: CAVALRY PORTFOLIO SERVICES, LLC

**Current Principal Place of Business:**

7 SKYLINE DRIVE
3RD FLOOR
HAWTHORNE, NY 10532

**New Principal Place of Business:**

500 SUMMIT LAKE DRIVE
SUITE 400
VALHALLA, NY 10595   13

**Current Mailing Address:**

7 SKYLINE DRIVE
3RD FLOOR
HAWTHORNE, NY 10532

**New Mailing Address:**

500 SUMMIT LAKE DRIVE
SUITE 400
VALHALLA, NY 10595   13

**Name and Address of Current Registered Agent:**

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324   US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

Electronic Signature of Registered Agent                                    Date

**MANAGING MEMBERS/MANAGERS:**

Title:       MGRM
Name:        CAVALRY INVESTMENTS, LLC
Address:     500 SUMMIT LAKE DRIVE, SUITE 400
City-St-Zip: VALHALLA, NY 10595 US

I hereby certify that the information indicated on this report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statues.

SIGNATURE: CAVALRY INVESTMENTS, LLC                         MGRM          03/25/2011

Electronic Signature of Signing Managing Member, Manager, or Authorized Representative / Date

| Form **W-9**<br>(Rev. December 2011)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification** | Give Form to the<br>requester. Do not<br>send to the IRS. |

**Name (as shown on your income tax return)**
Cavalry Portfolio Services

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:
☐ Individual/sole proprietor   ☐ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

☐ Other (see instructions) ▶

☑ Exempt payee

Address (number, street, and apt. or suite no.)
500 Summit Lake Drive, Suite: 400

City, state, and ZIP code
Valhalla, NY 10595-1340

Requester's name and address (optional)

List account number(s) here (optional)

## Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

**Social security number**
___ - ___ - ___

**Employer identification number**
9 1 - 1 9 3 4 0 8 6

## Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4.

**Sign Here**   Signature of U.S. person ▶ *[signature]*    Date ▶ 10/30/13

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

Note. If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
- An estate (other than a foreign estate), or
- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

Cat. No. 10231X    Form **W-9** (Rev. 12-2011)

JOHN J. TALTON, CHAPTER 13 TRUSTEE                                              Check #: 1055273
Payee: Clerk of the Court                                                        Date: 12/06/2013

Please notify the Court & this office of any changes made after filing to your claim (ex. account number, address, claim assignment, etc.)

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 0810502 | 00002 | CHARLES EDWARD BREWER & FRANCES NEL | / 5493 | 0.00 | 6,896.39 | 1,790.02 | 8,686.41 |
| | | Original Check written to: ADAMS AUTO SALES, 6520 COLLEGE ST, BEAUMONT, TX, 77707 | | | | | |
| 0810502 | 00014 | CHARLES EDWARD BREWER & FRANCES NEL | 6627 | 5,970.78 | 2,489.18 | 0.00 | 2,489.18 |
| | | Original Check written to: CAVALRY PORTFOLIO SERVICES, LLC, 7 SKYLINE DRIVE, THIRD FLOOR, HAWTHORNE, NY, 10532 | | | | | |
| 0860724 | 00006 | BILLY JACK DENBY & JOHNNIE KAYE DENBY | / 0034 | 0.00 | 168.30 | 32.55 | 200.85 |
| | | Original Check written to: PANOLA COUNTY, C/O RAY, WOOD & BONILLA, P.O. BOX 165001, AUSTIN, TX, 78716 | | | | | |
| 0860724 | 00068 | BILLY JACK DENBY & JOHNNIE KAYE DENBY | 00000-000 | 0.00 | 704.12 | 201.99 | 906.11 |
| | | Original Check written to: RUSK COUNTY, C/O LINEBARGER ET AL, 2323 BRYAN STREET #1600, DALLAS, TX, 75201 | | | | | |
| 0910624 | 00006 | JAMES W. JOHNSON & DEBRA O. JOHNSON | 8523 | 0.00 | 0.00 | 381.89 | 381.89 |
| | | Original Check written to: UNIVERSAL MORTAGE CORPORATION, 12080 NORTH CORPORATE PARKWAY, MEQUON, WI, 53092 | | | | | |
| 0910750 | 00006 | THOMAS V. WILLIAMS & AMELDA M. WILLIAMS | 9770 | 530.83 | 19.17 | 0.00 | 19.17 |
| | | Original Check written to: INTERNAL REVENUE SERVICE, P O BOX 7317, PHILADELPHIA, PA, 19101-7317 | | | | | |
| 1260322 | 00006 | KENNETH D HOWARD & CATHERINE D HOWA | 3889 | 0.00 | 18.28 | 0.00 | 18.28 |
| | | Original Check written to: CAPITAL ONE AUTO FINANCE, ASCENSION CAPITAL GROUP, P O BOX 201347, ARLINGTON, TX, 76006 | | | | | |
| | | TOTALS | | 6,501.61 | 10,295.44 | 2,406.45 | 12,701.89 |