UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS

IN RE:

| Charles Edward Brewer & Frances Nell Bean-Brewer<br><br>Debtor(s) | Case No. 08-10502<br>Chapter 13 |
|---|---|

## ORDER GRANTING APPLICATION FOR PAYMENT
## OF DIVIDEND FROM UNCLAIMED FUNDS

The Court having considered the Application for Payment of Dividend from Unclaimed Funds filed by: Cavalry Portfolio Services, LLC, 500 Summit Lake Drive, Suite: 400, Valhalla, NY 10595-1340.
("Claimant") for payment of a dividend from unclaimed funds in the amount of $2,489.18,

and, it appearing to the Court that the Claimant is entitled to receive payment, and, these funds are now on deposit in the Treasury of the United States, and that proper notice of the Application was given to the United States Attorney for the Eastern District of Texas pursuant to Title 28 U.S.C. Section 202,

**IT IS THEREFORE ORDERED** that the Clerk of the Bankruptcy Court direct the issuance of a draft upon the Treasury of the United States in the amount stated above and payable to the Claimant in care of the party whose name appears on the power of attorney (J Armstrong Duffield, 3855 South Boulevard Street, Suite 200, Edmond, OK 73013) attached to the application.

Signed on 05/08/2014

*/s/ Bill Parker*

THE HONORABLE BILL PARKER
UNITED STATES BANKRUPTCY JUDGE